UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | \| | CHAPTER 13 |
| | \| | |
| Jonathan Denard Graham and | \| | CASE NO. 16-60562-CRM |
| Shantell Graham, | \| | |
| | \| | |
| Debtors. | \| | |

**APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL**

COME NOW, Jonathan Denard Graham and Shantell Graham, by and through the undersigned counsel, and respectfully request that this Court approve the employment of Attorney M. Muffy Blue as Special Counsel, specifically to represent the Co-Debtor, Shantell Graham, as counsel of record with regards to assistance with the Co-Debtor's domestic relations legal matters. In support of this application, the Debtors show this Court the following:

1.

On June 17, 2016, the Debtors filed a Petition for relief under Chapter 13 of the Bankruptcy Code.

2.

The Co-Debtor wishes to retain Attorney M. Muffy Blue as counsel to represent Co-Debtor in regards to her domestic relations legal matters, specifically defending a contempt motion and providing general assistance/liaison between law enforcement and the Co-Debtor in prosecuting Riko Morrissette, and any additional related matters if needed.

3.

The Co-Debtor requests that the Court approve the employment of Attorney M. Muffy Blue as Special Counsel for the express purpose of representing Co-Debtor in regards to her domestic relations legal matters.

4.

The Co-Debtor believes that approval of the employment of Attorney M. Muffy Blue as Special Counsel would be in the best interest of the estate.

5.

The Co-Debtor wishes to employ Attorney M. Muffy Blue for professional services and will agree to pay $1,000.00, plus expenses, to represent Co-Debtor in defending a contempt motion and providing general assistance/liaison between law enforcement and the Co-Debtor in prosecuting Riko Morrissette. Attorney M. Muffy Blue's initial contract is attached hereto as Exhibit "A". The Debtor believes that approval of the employment of Attorney M. Muffy Blue as Special Counsel would be in the best interest of the estate.

6.

To the best of the Co-Debtor's knowledge, Attorney M. Muffy Blue does not hold or represent any interest adverse to the estate and is a party disinterested within the meaning of 11 U.S.C. § 101(14). Specifically, as evidenced by the Affidavit of Attorney M. Muffy Blue, pursuant to Rule 2014 (a), Ms. Blue has no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The Affidavit of Counsel is attached hereto as Exhibit "B".

7.

The Chapter 13 Trustee, the U.S. Trustee, Debtors' Bankruptcy Counsel, and Ms. Blue shall be served with a copy of this Application. Any objections to this Application must be filed within twenty (20) days of service. If any objections are filed, a hearing will be scheduled. If no written objections are filed, an Order may be entered granting this Application without further notice or hearing.

WHEREFORE, the Debtor hereby prays:

(1) That an Order be entered authorizing Attorney M. Muffy Blue as attorney on behalf of the Co-Debtor, Shantell Graham, for assistance with domestic relations matters;

(2) That this Court approve the fee agreement to be entered into between the Co-Debtor and Attorney M. Muffy Blue; and

(3) For such other and further relief as the Court may deem just and proper.

This 29th day of June, 2016.

Respectfully submitted,

/s/  Carson Walden
Carson Walden
Attorney for the Debtor
GA Bar No.: 942889
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue, Suite 757
Decatur, GA 30030
404.884.8315  / 404.924.7051 fax
cwalden@wghnlaw.com

EXHIBIT "A"

# M. Muffy Blue LLC   Attorney – At – Law
## Contract of Employment

I, Shantelle Graham , hereby employ M. Muffy Blue LLC and The Blue Law Firm to represent me in the following matter:

Gwinett County Juvenile  15-1848-2; 15-1849-2 Contempt Motion Defense as well as general assistance/liason between Law enforcement and Ms. Graham prosecuting Riko Morrissette

**FEE:** This matter shall be handeled completely for a flat fee of One Thousand ($1000.00) dollars, which is earned when paid and shall not be reduced or refunded if the matter is settled, dropped or the employment of the attorney is terminated by either party for any reason.

Payment will be made by payment of Five Hundred ($500.00) dollars paid 6/21/16, receipt of which is hereby acknowledged. Payments of

two hundred fifty ($250.00) shall be due July 15th and July 30th 2016. At that time, the fees shall be paid in full.

It is further understood that the Attorney makes no promise to the Client as to the outcome of this case except that the Attorney promises to render her best professional skill.

**IN ADDITION TO THE RETAINER AND FEE, I AGREE TO PAY ALL EXPENSES INCURRED BY MY ATTORNEY AS A RESULT OF REPRESENTING ME IN THIS MATTER INCLUDING BUT NOT LIMITED TO: POSTAGE, FEDEX/UPS, COURIER, PROCESS SERVERS, DOCUMENT CERTIFICATION/EXEMPLIFICATION FEES, PHOTOS, PLATS, DIAGRAMS, MODELS, EXEMPLERS, COURT REPORTER AND TRANSCRIPT FEES, COURT COSTS, WITNESS FEES, EXPRET FEES, MEDICAL RECORD FEES AND CRIMINAL HISTORY RECORD CHECKS.**

EXCEPT WHERE EXPRESSLY PROVIDED TO THE CONTRARY, ALL UNPAID INDEBTEDNESS DUE THE ATTORNEY PURSUANT TO THIS CONTRACT SHALL BE PAID Promptly after Client is sent a statement at any last known address shown in her files. It is agreed that my attorney may, at

her election, withdraw from this matter and fully terminate her employment and responsibilities under this agreement by sending written notice of such termination to me at my last known address as indicated by my Attorney's file if any fees are due over 30 days from due date. In the event of any Notice of Withdrawal and Termination, I have ten (10) days before the withdrawal becomes effective. I will remain liable for all past due fees and expenses prior to the effective date of the termination.

I also understand that it is my responsibility to furnish my Attorney with accurate and true facts with regard to any aspect of the case.

Witness our hands, this _____ day _____ 2016.

I have read the above Attorney's Contract of Employment and the understand all terms and conditions.

_____                              _____

Client                                                                                              M. Muffy Blue

EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jonathan Denard Graham and Shantell Graham, | CASE NO. 16-60562-CRM |
| Debtors. | |

**AFFIDAVIT AND VERIFICATION UNDER BANKRUPTCY RULE 2014**

COMES NOW the undersigned affiant, Attorney M. Muffy Blue, after being duly sworn, and hereby states as follows:

1.

I am an attorney lawfully admitted to practice law in the State of Georgia. My office address is 315 W. Ponce de Leon Avenue, Suite 321, Decatur, Georgia 30030. My bar number is 064459.

2.

I will counsel with and represent the applicant, Shantell Graham, in performing services as Special Counsel and render services in connection with the Co-Debtor's domestic relations matters.

3.

I represent no interest, which would be adverse to this estate in the matters in which we are to be engaged. Other than my representation of this Co-Debtor in the aforementioned domestic relations matters, pursuant to Rule 2014(a) I have no other connection with the Co-Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

4.

I declare under penalty of perjury that the information and facts contained in this Affidavit and the Application to Approve Employment of Special Counsel are true and correct to the best of my knowledge, information and belief.

Dated this the 29 day of June, 2016.

_____
M. Muffy Blue
Georgia Bar Number 064419

Sworn to and subscribed before me this the 29th day of June, 2016.

_____
Notary Public

My commission expires: _____

Charles Cross
Notary Public
DeKalb County, Georgia
My Commission Expires
May 20, 2018

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jonathan Denard Graham and Shantell Graham, | CASE NO. 16-60562-CRM |
| Debtors. | |

**CERTIFICATE OF SERVICE**

    I hereby certify that I am more than eighteen years of age and that on this day I served a copy of the within an Application to Approve Employment of Special Counsel upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Jonathan Denard Graham
Shantell Graham
5484 Orchard Court
Stone Mountain, GA  300083

Attorney Carson Walden
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, GA 30030

Attorney M. Muffy Blue
The Blue Law Firm
315 W. Ponce de Leon Avenue
Suite 321
Decatur, GA 30030

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

    I further certify that, by agreement of parties, Nancy J. Whaley, standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

    This 29th day of June, 2016.

Respectfully submitted,

/s/ Carson Walden
Carson Walden
Attorney for the Debtor
GA Bar No.: 942889
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue, Suite 757
Decatur, GA 30030
404.884.8315  / 404.924.7051 fax
cwalden@wghnlaw.com