**IT IS ORDERED as set forth below:**



**Date: August 11, 2016**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jonathan Denard Graham and Shantell Graham, | CASE NO. 16-60562-CRM |
| Debtors. | |

### **ORDER**

     The Application of Attorney M. Muffy Blue, Esq., having been read and considered, with no adverse interest represented, and copies of the Application and of this Order having been served upon the United States Trustee, and the Chapter 13 Trustee, based upon said Application, it appearing that M. Muffy Blue, Esq., does not hold or represent an interest adverse to the Estate and is disinterested within the meaning of the Bankruptcy Code, and the Court being satisfied that said M. Muffy Blue, Esq., meets the standards of 11 U.S.C. Section 327, and is otherwise qualified to represent the Debtors, and no notice being required, and good cause appearing therefore, it is hereby

     ORDERED that the Debtor is authorized to retain and appoint M. Muffy Blue, Esq., as Special Counsel for the purposes specified in the foregoing Application, subject to objection by the United States Trustee, which objection must be filed with the Court and served upon the Debtor,

Debtor's attorney of record, Carson Walden of Walden, Goodhart, Harden & New, LLC, and upon M. Muffy Blue, Esq., within 21 days from the entry of this Order, and it is

ORDERED that there will be no disbursement or any recovery without first obtaining permission from the Courts.

FURTHER ORDERED that all applications for compensation filed by M. Muffy Blue, Esq., as Special Counsel for the Debtors will be considered by the Court in accordance with the standards set forth in the applicable provisions of the Bankruptcy Code, Rules and case law.

* * * * * END OF DOCUMENT * * * * *

Consented by:


/s/ Julie Anania_____
Julie Anania for the Office of
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303
(678) 992-1201
(678) 992-1202 fax
Georgia Bar No. 477064



Prepared by:


/s/ Carson Walden_____
Carson Walden
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, Georgia 30030
(404) 884-8315
(404) 924-7051 fax
Georgia Bar No. 942889

Distribution List

Jonathan Denard Graham
Shantell Graham
5484 Orchard Court
Stone Mountain, GA  300083

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303

Carson Walden
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, Georgia 30030

M. Muffy Blue
The Blue Law Firm
315 W. Ponce de Leon Avenue
Suite 321
Decatur, GA 30030