

**IT IS ORDERED as set forth below:**

**Date: April 26, 2017**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jonathan Denard Graham and Shantell Graham, | CASE NO. 16-60562-CRM |
| Debtors. | |

### ORDER GRANTING DEBTORS' MOTION TO RETAIN TAX REFUND

This matter was set for hearing with the Court on April 18, 2017 at 10:00am on Debtors' Motion to Retain Tax Refund. Debtors' Counsel and the Chapter 13 Trustee appeared. There being no opposition to the Motion and for good cause shown, it is hereby

**ORDERED** that the Motion to Retain Tax Refund (Doc. No. 40) is **GRANTED** in that Debtor may retain $5,345.39 of the refund, and has already submitted or shall submit the remainder of $1,183.61 to the Trustee to be disbursed pursuant to the chapter 13 plan.

* * * * * END OF DOCUMENT * * * * *

Consented by:

/s/ Julie Anania_____
Julie Anania for the Office of
Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave
Atlanta, GA 30303
(678) 992-1201
(678) 992-1202 fax
Georgia Bar No. 477064


Prepared by:

/s/ Carson Walden_____
Carson Walden
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue
Suite 757
Decatur, Georgia 30030
(404) 884-8315
(404) 924-7051 fax
Georgia Bar No. 942889

Distribution List

Jonathan Denard Graham
Shantell Graham
5484 Orchard Court
Stone Mountain, GA 30083

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Acceptance Now
5501 Headquarters Dr
Plano, TX 75024

Afni, Inc.
Po Box 3097
Bloomington, IL 61702

Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622

Bank of America
2333 Main St
Tucker, GA 30084

BB&T
2175 Lawrenceville Hwy
Decatur, GA 30033

Cach Llc
4340 S Monaco, Second Floor
Denver, CO 80237

Capital One Bank Usa N
Pob 30281
Salt Lake City, UT 84130

Centralized Insolvency
Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Chase Bank

1250 Tech Drive #400
Norcross, GA 30093

Collection Svc Of Athe
110 Newton Bridge Rd Bld
Athens, GA 30607

Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057


Courtland Group
129 S Central Street
Knoxville, TN 37902

Credit Coll
Po Box 607
Norwood, MA 02062

Credit Collection Serv
725 Canton St
Norwood, MA 02062

Dept Of Ed/navient
Po Box 9655
Wilkes-barre, PA 18773

Dept. of Justice, Tax Division
Civil Trial Section, Southern
PO Box 14198; Ben Franklin Sta
Washington, DC 20044

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd, Suite 17200
Atlanta, GA 30345-3206

Highland Reserve
100 Hunters Club Lane
Norcross, GA 30093

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Internal Revenue Service
401 W Peachtree St NW
Stop 334-D
Atlanta, GA 30308

Meadow Crossing
1190 Mill Crest Walk
Conyers, GA 30012

Medical Data Systems I
1374 S Babcock St
Melbourne, FL 32901

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

National Credit System
3750 Naturally Fresh Blv
Atlanta, GA 30349

Navient
Po Box 9500
Wilkes Barre, PA 18773

New Avenues
4935 Jimmy Carter Blvd
Norcross, GA 30093

North Amercn
2810 Walker Rd
Chattanooga, TN 37421

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Optimum Outcomes Inc
2651 Warrenville Rd Ste
Downers Grove, IL 60515

Pdq Services Inc
600 Churchill Ct
Woodstock, GA 30188

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Regions Bank
3800 Lavista Rd
Tucker, GA 30084

Regus Alpharetta
13010 Morris Road
Alpharetta, GA 30004

Rick Mayo
2987 Rosebrook Drive
Decatur, GA 30033

Rise
4150 International
Fort Worth, TX 76109

Scana Energy Marketing
3344 Peachtree Rd Ne Ste
Atlanta, GA 30326

Southwest Credit Syste
4120 International Pkwy
Carrollton, TX 75007

Special Assistant US Attorney
401 W. Peachtree Street, NW
STOP 1000-D, Suite 600
Atlanta, GA 30308

Steeplechase/Courtland Group
5940 Singleton Road
Norcross, GA 30093

United States Attorney General
Main Justice Building
10th and Constitution Ave, NW
Washington, DC 20530

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

University Of Phoenix
4615 E Elwood St Fl 3
Phoenix, AZ 85040

US Attorney, N District of GA
Civil Div, Attn: Civil Clerk
75 Spring Street SW, Suite 600
Atlanta, GA 30303-3309

Us Auto Finance/us Aut
1925 Cobb Pkwy S
Marietta, GA 30060

Verizon Wireless
Po Box 49
Lakeland, FL 33802

Wells Fargo
5405 Jimmy Carter Blvd
Norcross, GA 30093